NUMBER
13-01-682-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

___________________________________________________________________

 

EDWARD RODRIGUEZ,                                                          Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

___________________________________________________________________

 

                        On
appeal from the 105th District Court

                                  of Nueces County, Texas.

____________________________________________________________________

 

                                   O
P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 








Appellant, Edward Rodriguez, perfected an appeal from a judgment
revoking community supervision.  The
trial court granted appellant=s motion for
reconsideration, and on October 9, 2001, entered an order setting aside judgment
of revocation and reinstating community supervision and imposing sanctions on
defendant.  We dismiss the appeal for
want of jurisdiction.

In Basaldua v. State, 558
S.W.2d 2 (Tex. Crim. App. 1977), the Court held that
a defendant may not appeal from an order continuing a defendant on probation
with amended terms and conditions.  There
is neither constitutional nor statutory authority which would confer
jurisdiction on this Court to hear an appeal from an order modifying
probationary conditions.  Basaldua, 558 S.W.2d at 5.

Accordingly, the appeal is dismissed for want of jurisdiction.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 23rd day
of May, 2002.